UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAM CARLISLE,
                                        Plaintiff,

                                    22 Civ. 6253 (LGS)

                   -against-

                                        ORDER

F-STAR THERAPEUTICS, INC., et al.,
                                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated August 1, 2022, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

       WHEREAS, the initial pretrial conference is currently scheduled for September 21, 2022, at 4:20 P.M.;

       WHEREAS, Defendants have not appeared, and Plaintiff has not filed proof of service on the docket;

       WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan; it is hereby

       **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **September 16, 2022**, at **noon**.  If Plaintiff has not been in communication with Defendants, Plaintiff shall file a status letter regarding efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **September 16, 2022**, at **noon**.

Dated: September 14, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE